IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Angela D. Myers, | ) | C/A No.: 1:11-934-TLW-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Taylor Investments, Inc., | ) ) ) | |
| Defendant. | ) ) | |

This action was filed by Plaintiff in the United Stated District Court for the Southern District of Georgia on March 17, 2011, and was transferred to the District of South Carolina on April 20, 2011. Pursuant to the scheduling order entered by the court, discovery was to be completed (not just requested) by February 17, 2012, with dispositive motions, if any, to be filed by no later than April 16, 2012. [Entry #22]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

April 18, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge